HARTMAN & WINNICKI, P.C.
West 115 Century Road
Paramus, New Jersey 07652
Phone: (201) 967-8040
Fax: (201) 967-0590
Richard L. Ravin, Esq.
(RLR-8710)
Attorneys for
Defendant Alexander Dy

| | |
|---|---|
| In re HENRY PETERS AND PAMELA PETERS, : : : Debtors. : : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY  Case No. 07-23531(RJ) Chapter 13 |
| HENRY PETERS and PAMELA PETERS, : : Plaintiffs, : : v. : : ROLAND DAVID; NATIONAL COMMERCIAL BUSINESS CREDIT; R. DAVID & ASSOCIATES PA, LLC; FINANCIAL SERVICES GROUP, LLC; CREDIT MANAGEMENT & RECOVERY SERVICES, INC.; GOLDSTAR MORTGAGE; ALEXANDER DY; PNC BANK; CAROL ZAGORIC; JOANNE RAGGI; FGC COMMERCIAL MORTGAGE FINANCE; JOURNEYMAN TITLE AGENCY, INC.; CHICAGO TITLE INSURANCE COMPANY; LYNN LAZARO; JOHN DOE 1 through 10; and XYZ INC., ten names being fictitious and unknown to the plaintiffs, the person or parties intended being the persons or parties, if any, Defendants. | Adv. Pr. No. 07-22 Adversary Proceeding   DEFENDANT ALEXANDER DY'S NOTICE OF MOTION TO DISMISS |

TO:   Shmuel Klein, Esq.
      Law Office of Shmuel Klein, P.C.
      113 Cedarhill Avenue
      Mahwah, New Jersey 07430

   PLEASE TAKE NOTICE that on June 4, 2008, at 9:00 A.M. or as soon thereafter as counsel may be heard, the undersigned, counsel for Defendant Alexander Dy, shall move before the Honorable Rosemary Gambardella, U.S.B.J., for the District of New Jersey, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, for a motion to dismiss pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P 12(b)(6), and such other relief as the court deems just and proper.

   PLEASE TAKE FURTHER NOTICE that in support of the within motion, Movant Dy shall rely upon a Alexander Dy's Brief in Support of Motion to Dismiss, and proposed form of order submitted herewith.

   PLEASE TAKE FURTHER NOTICE that opposition, if any, to the within motion, must be filed with the Clerk of the Bankruptcy Court and served upon the undersigned so as to be received on or before seven days prior to the return date.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

```
                                    HARTMAN & WINNICKI, P.C.
                                    Attorneys for
                                    Defendant Alexander Dy
```

May 12, 2008                    By:  /S/Richard L. Ravin