# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 13 |
| Henry & Pamela Peters | Case Number: | 07-23531 |
| Henry & Pamela Peters v. Alexander Dy, et als | Adversary Number: | 07-2219 |
| | Bankruptcy Judge: | Rosemary Gambardella |

## TRANSMITTAL OF PLEADING TO DISTRICT COURT

Civil 09-3774 (PGS)

The items indicted below are hereby transmitted to the District Court for the District of New Jersey for processing:

☐ Motion for Leave to Appeal          ☐ Copy of Notice of Appeal

☐ Motion to Withdraw the Reference    ☐ Certification Re Failure to File Designation

X Notice of Removal and all Pleadings

Complete the following only if transmitting a Motion for Leave to Appeal:

☐ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

I, **DIANNE C. RICHARDS**, Deputy Clerk of the United States District Court for the District of New Jersey, hereby certify that on this _30_ day of _July_, 20_09_ I received the pleadings noted above.

*Rev. 11/25/02jml*

Law Office of Shmuel Klein, PC
113 Cedarhill Avenue
Mahwah, New Jersey 07430
201-529-3411
Attorney for Plaintiffs

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------X          No. 07-23531 (RG)
In RE:
HENRY PETERS, PAMELA PETERS
Debtors
---------------------------------------------X          Adv No. 07- 02219(RG)
HENRY PETERS, PAMELA PETERS                             :
PLAINTIFFS
-AGAINST-

ROLAND DAVID, NATIONAL COMMERCIAL
BUSINESS CREDIT,
R. DAVID & ASSOCIATES, PA, LLC
FINANCIAL SERVICES GROUP, LLC
CREDIT MANAGEMENT & RECOVERY
SERVICES, INC., GOLDSTAR MORTGAGE,
ALEXANDER DY, PNC BANK,
CAROL ZAGORIC, JOANNE RAGGI,
FGC COMMERCIAL MORTGAGE FINANCE,
JOURNEYMAN TITLE AGENCY, INC.,
CHICAGO TITLE INSURANCE COMPANY                         **NOTICE OF REMOVAL**

LYNN LAZARO,
JOHN DOE 1-10, XYZ, INC 1-10  :
ten names being fictitious and
unknown to the plaintiffs, the person
or parties intended being the persons
or parties, if any,
        DEFENDANTS.            :
---------------------------------------------X

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9027(a) and 28 U.S.C. the above

captioned case is hereby removed to the United States District Court for the District of

New Jersey Case # 07-cv-02210-KSH-PS

*(handwritten: 09-3774 (pgs))*

Dated: December 8, 2008

Respectfully,

\_\_\_\_/s/_____

Shmuel Klein

### CERTIFICATE OF MAILING

I, Shmuel Klein, an attorney admitted in this Court, affirm under the penalties of perjury I am not a party to this action am over the age of 18 years old. I have offices at 113 Cedarhill Ave. Mahwah, NJ. I served the within Notice of Removal on December 9, 2008, by ECF, addressed to:

Michael J. Revness

Karen B. Olson              Yovendra Mangal

Tomas Espinosa              Maria A. Zarrella-Kershaw

Rick Aaron Steinberg        Gregg S. Sodini

Albert Russo, Chapter 13 Trustee

Served by first Class Mail, by depositing a sealed, stamped envelope in the care and custody of the USPS:

Lynn Lazaro
33 Oak Ridge Road
Montague, NJ 07827

Carol Zagoric
3 Kimberly Lane
Glenwood, NJ 07418

Joanne Raggi
PO Box 556
Franklin, NJ 07416

\_\_\_\_/s/\_\_\_\_
Shmuel Klein



- Bankruptcy
- Adversary
- Query
- Reports
- Utilities
- Search
- Logout

                                                                    **AnsFiled, REOPEN**

## U.S. Bankruptcy Court
### District of New Jersey (Newark)
### Adversary Proceeding #: 07-02219-RG

*Assigned to:* Judge Rosemary Gambardella        *Date Filed:* 10/15/07
*Lead BK Case:* 07-23531                          *Date Dismissed:* 12/17/08
*Lead BK Title:* Henry Peters and Pamela Peters   *Date Reopened (2):* 01/22/09
*Lead BK Chapter:* 13
Show Associated Cases

*Demand:*

*Nature[s] of Suit:* 14 Recovery of money/property - other
                     72 Injunctive relief - other
                     21 Validity, priority or extent of lien or other interest in property
                     91 Declaratory judgment

**Plaintiff**
------------------------

**Henry Peters**                          represented by **Shmuel Klein**
10 Ashby Ln Unit G15                                       Law Office of Shmuel Klein
Newark, NJ 07103                                           113 Cedarhill Avenue
SSN / ITIN: xxx-xx-4496                                    Mahwah, NJ 07430
                                                           (201) 529-3411
                                                           Email: shmuelklein@optonline.net
                                                           *LEAD ATTORNEY*

**Pamela Peters**                         represented by **Shmuel Klein**
10 Ashby Ln Unit G15                                       (See above for address)
Newark, NJ 07103                                           *LEAD ATTORNEY*
SSN / ITIN: xxx-xx-8768

V.

**Defendant**
------------------------

**Alexander Dy**                          represented by **Richard L. Ravin**
93 Main Street                                             Hartman & Winnicki, PC
Ridgefield Park, NJ 07660                                  115 W. Century Road
                                                           Paramus, NJ 07652
                                                           201-967-8040
                                                           Fax : 201-967-0590
                                                           Email: rick@ravin.com
                                                           *TERMINATED: 11/10/2008*

                                                           **Tamara Ann L. Del Carmen**
                                                           Del Carmen & Mangal, PC
                                                           87-87 Francis Lewis Blvd.
                                                           2nd Floor
                                                           Queens Village, NY 11427
                                                           (718) 464-4448

|  |  |
|---|---|
|  | Fax : (718) 464-0034<br>Email: dcmlaws@gmail.com |
|  | **Yovendra Mangal**<br>Del Carmen & Mangal, P.C.<br>87-87Francis Lewis Blvd.2nd Fl<br>Queens Village, NY 11427 |
| **Roland David**<br>350 5th Avenue, Suite 5507<br>NY, NY 10118 | represented by **Tomas Espinosa**<br>4005 Bergenline Avenue<br>Apt. 1<br>Union City, NJ 07087<br>201-223-1803<br>Fax : 201-223-1893<br>Email: drtomasespinosa@yahoo.com |
| **FGC Commercial Mortgage Finance dba Fremont Mortgage**<br>2727 East Imperial Highway<br>Brea, CA 92821 | represented by **Karen B. Olson**<br>Knuckles & Komosinski, P.C.<br>220 White Plains Road<br>6th Floor<br>Tarrytown, NY 10591<br>*LEAD ATTORNEY* |
| **PNC Bank**<br>Consumer Loan Center<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | represented by **Gregg S. Sodini**<br>Sodini & Spina, LLC<br>510 Thornall Street<br>Suite 180<br>Edison, NJ 08837<br>(732) 603-8808<br>Email: gsodini@sodinispina.com |
| **National Commercial Mortgage, Inc.**<br>5512 Merrick Road<br>Massapequa, NY 11758<br>516-541-8500 | represented by<br>**Tomas Espinosa**<br>(See above for address) |
| **Journeyman Title**<br>918 South Avenue West<br>Westfield, NJ 07090 | represented by **Michael J. Revness**<br>Building Q<br>1930 E. Marlton Pike<br>Cherry Hill, NJ 08003<br>(856) 489-4014<br>Email: lawyers@kurtzrevnesspc.com |
| **R. David & Associates**<br>376 Route 15, Suite 101<br>Sparta, NJ 07871 | represented by **Tomas Espinosa**<br>(See above for address) |
| **Chicago Title Insurance Co.**<br>171 North Clark Street<br>Chicago, IL 60601-3294 | represented by **Maria A. Zarrella-Kershaw**<br>Fidelity National Title Insurance Compan<br>6 Becker Farm Road<br>Roseland, NJ 07068<br>(973)422-1641<br>Fax : (212)880-9693<br>Email: maria.kershaw@fnf.com |
| **Lynn Lazaro**<br>18 White Lake Road<br>Sparta, NJ 07871 | represented by **Lynn Lazaro**<br>PRO SE |
| **Carol Zagoric** | represented by **Carol Zagoric**<br>PRO SE |
| **Goldstar Mortgage**<br>66 York Street<br>5th Floor<br>Jersey City, NJ 07302 | represented by **Rick Aaron Steinberg**<br>Nowell Amoroso Klein Bierman, P.A.<br>155 Polifly Road<br>Hackensack, NJ 07601<br>(201) 343-5001<br>Fax : (201) 343-5181<br>Email: rsteinberg@nakblaw.com |
| **Credit Management & Recovery Services**<br>17 Woodport Road<br>Sparta, NJ 07871 | represented by **Tomas Espinosa**<br>(See above for address) |
| **Joanne Raggi** | represented by **Joanne Raggi** |

PO Box 556  
Franklin, NJ 07416

PRO SE

**Cross-Claimant**

---

**Journeyman Title**  
918 South Avenue West  
Westfield, NJ 07090

represented by **Michael J. Revness**  
(See above for address)  
*LEAD ATTORNEY*

V.

**Cross Defendant**

---

**Henry Peters**  
10 Ashby Ln Unit G15  
Newark, NJ 07103  
SSN / ITIN: xxx-xx-4496

represented by  
**Shmuel Klein**  
(See above for address)

**Pamela Peters**  
10 Ashby Ln Unit G15  
Newark, NJ 07103  
SSN / ITIN: xxx-xx-8768

represented by  
**Shmuel Klein**  
(See above for address)

**Cross-Claimant**

---

**Journeyman Title**  
918 South Avenue West  
Westfield, NJ 07090

represented by **Michael J. Revness**  
(See above for address)

V.

**Cross Defendant**

---

**Henry Peters**  
10 Ashby Ln Unit G15  
Newark, NJ 07103  
SSN / ITIN: xxx-xx-4496

represented by  
**Shmuel Klein**  
(See above for address)

**Pamela Peters**  
10 Ashby Ln Unit G15  
Newark, NJ 07103  
SSN / ITIN: xxx-xx-8768

represented by  
**Shmuel Klein**  
(See above for address)

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 10/15/2007 | 1 | Adversary case 07-02219. Complaint by Henry Peters, Pamela Peters against Alexander Dy ; Roland David ; FGC Commercial Mortgage Finance dba Fremont Mortgage ; PNC Bank ; National Commercial Mortgage, Inc. ; Journeyman Title ; R. David & Associates. Fee Amount $ 250.. (14 (Recovery of money/property - other)) (Klein, Shmuel) (Entered: 10/15/2007) |
| 10/16/2007 | 2 | Summons Issued to Henry and Pamela Peters for Service on Roland David Answer due on 11/15/2007; Alexander Dy Answer due on 11/15/2007; FGC Commercial Mortgage Finance dba Fremont Mortgage Answer due on 11/15/2007; Journeyman Title Answer due on 11/15/2007; National Commercial Mortgage, Inc. Answer due on 11/15/2007; PNC Bank Answer due on 11/15/2007; R. David & Associates Answer due on 11/15/2007 Pre-Trial hearing to be held on 1/23/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Pre Trial Instructions) (iav, ) (Entered: 10/16/2007) |
| 10/19/2007 |  | Receipt of filing fee for Complaint(07-02219-RG) [cmp,cmp] ( 250.00). Receipt number NO FEE REQUIRED, amount $ 250.00. (gd) (Entered: 10/19/2007) |
|  |  |  |

| | | |
|---|---|---|
| 10/22/2007 | ☐ 3 | Answer to Complaint filed by Michael J. Revness on behalf of Journeyman Title, Crossclaim by Michael J. Revness on behalf of Journeyman Title against Henry Peters, Pamela Peters. (iav, ) (Entered: 10/22/2007) |
| 10/22/2007 | ☐ 4 | Certification of Non Compliance (related document: 3 Answer to Complaint, Crossclaim filed by Cross-Claimant Journeyman Title, Defendant Journeyman Title) filed by Michael J. Revness on behalf of Michael J. Revness. (iav, ) (Entered: 10/22/2007) |
| 12/07/2007 | ☐ 5 | Amended Complaint Filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. Reason for amendment: Adding Defendants; Updating factual allegations; Adding Claims. (Attachments: # 1 Verification# 2 Cover Letter# 3 Letter re: No Objection) (Klein, Shmuel) (Entered: 12/07/2007) |
| 12/10/2007 | ☐ 6 | Alias Summons Issued to Henry and Pamela Peters for service on Chicago Title Insurance Co. Answer due on 1/9/2008; Lynn Lazaro Answer due on 1/9/2008; Carol Zagoric Answer due on 1/9/2008; Goldstar Mortgage Answer due on 1/9/2008; Credit Management & Recovery Services Answer due on 1/9/2008 Pre-Trial hearing to be held on 3/12/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Pre Trial Instructions) (iav, ) (Entered: 12/10/2007) |
| 01/03/2008 | ☐ 7 | Certificate of Service (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 Affidavit of Service upon Carol Zagoric# 2 Affidavit of Service upon Chicago Title# 3 Affidavit of Service upon Credit Management & Recovery Services# 4 Affidavit of Service upon Financial Services Group, LLC# 5 Affidavit of Service upon Goldstar Mortgage# 6 Affidavit of Service upon Joanne Raggi# 7 Affidavit of Service upon National Commercial & Business Credit# 8 Affidavit of Service upon R. David & Associates# 9 Affidavit of Service upon Roland David) (Klein, Shmuel) (Entered: 01/03/2008) |
| 01/07/2008 | ☐ 8 | Letter to Defendants Re: No Extension to Answer Will Be Granted By Plaintiffs filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) Modified TEXT on 1/8/2008 (iav, ). (Entered: 01/07/2008) |
| 01/08/2008 | ☐ 9 | Answer to Amended Complaint filed by Joanne Raggi. (iav, ) Additional attachment(s) added on 1/8/2008 (iav, ). (Entered: 01/08/2008) |
| 01/08/2008 | ☐ 10 | Request for Alias Summons (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) Incorrect Defendant listed Modified on 1/9/2008 (sg, ). (Entered: 01/08/2008) |
| 01/08/2008 | ☐ 15 | Document re: Copy of letter from Defendant to Plaintiff requesting Stipulation to Extend Time to Answer (related document: 1 Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Roland David. (lc, ) (Entered: 01/09/2008) |
| 01/08/2008 | ☐ 37 | Answer to Complaint filed by Joanne Raggi. (iav, ) (Entered: 04/07/2008) |
| 01/08/2008 | ☐ 38 | Answer to Complaint filed by Carol Zagoric. (iav, ) (Entered: 04/07/2008) |
| 01/09/2008 | ☐ | Correction Notice in Electronic Filing (related document: 10 Request for Alias Summons, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters). Type of Error: Incorrect Defendant Listed, filed by Klein, Shmuel). Please correct and refile with the court. (sg, ) (Entered: 01/09/2008) |

| | | |
|---|---|---|
| 01/09/2008 | ☐ 11 | Request for Alias Summons (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) (Entered: 01/09/2008) |
| 01/09/2008 | ☐ 12 | Notice of Appearance and Request for Service of Notice filed by Maria A. Zarrella-Kershaw on behalf of Chicago Title Insurance Co.. (Zarrella-Kershaw, Maria) (Entered: 01/09/2008) |
| 01/09/2008 | ☐ 13 | Alias Summons Issued to Henry and Pamela Peters for service on Alexander Dy Answer due on 2/8/2008 Pre-Trial hearing to be held on 3/12/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Pre Trial Instructions) (lc, ) (Entered: 01/09/2008) |
| 01/09/2008 | ☐ 14 | Document filed by Maria A. Zarrella-Kershaw on behalf of Chicago Title Insurance Co.. (Attachments: # 1 Exhibit) (Zarrella-Kershaw, Maria) (Entered: 01/09/2008) |
| 01/09/2008 | ☐ 16 | Answer to Amended Complaint filed by Gregg S. Sodini on behalf of PNC Bank. (Sodini, Gregg) (Entered: 01/09/2008) |
| 01/09/2008 | ☐ 17 | Stipulation Between Henry Peters, Pamela Peters and Chicago Title Insurance Co., re:Extending Time to Answer, Move or Otherwise respond to the amended complaint (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (lc, ) (Entered: 01/10/2008) |
| 01/14/2008 | ☐ 18 | Answer to Amended Complaint filed by Michael J. Revness on behalf of Journeyman Title, Crossclaim by Michael J. Revness on behalf of Journeyman Title against Henry Peters, Pamela Peters. (iav, ) (Entered: 01/14/2008) |
| 01/14/2008 | ☐ 19 | Certification of Non Compliance (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Michael J. Revness on behalf of Michael J. Revness. (iav, ) (Entered: 01/14/2008) |
| 01/14/2008 | ☐ 20 | Motion to Dismiss Amended Adversary Complaint Filed by FGC Commercial Mortgage Finance dba Fremont Mortgage.Hearing scheduled for 2/11/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Memorandum of Law # 2 Affidavit) (iav, ) Additional attachment(s) added on 1/15/2008 (iav, ). Modified on 1/22/2008 EXHIBIT E OF AFFIDAVIT ADDED WITH PERSONAL DATA IDENTIFIERS REDACTED(lm, ). (Entered: 01/15/2008) |
| 01/14/2008 | ☐ 21 | Certification of Non Compliance (related document: 20 Motion to Dismiss Adversary Proceeding, filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage) filed by Karen B. Olson on behalf of Karen B. Olson. (iav, ) (Entered: 01/15/2008) |
| 01/22/2008 | ☐ 22 | Motion to Dismiss Adversary Proceeding Filed by Chicago Title Insurance Co..Hearing scheduled for 2/11/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Brief # 2 Affidavit # 3 Exhibit # 4 Proposed Order) (Zarrella-Kershaw, Maria) (Entered: 01/22/2008) |
| 01/23/2008 | ☐ | Pre-Trial Hearing Rescheduled from 1/23/2008. (related document: 2 Summons Issued) Hearing scheduled for 3/12/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (car, ) (Entered: 01/23/2008) |
| 01/24/2008 | ☐ 23 | Answer to Complaint filed by Lynn Lazaro. (lc, ) (Entered: 01/25/2008) |
| | | |

| | | |
|---|---|---|
| 01/25/2008 | ☐ 24 | Answer to Complaint filed by Rick Aaron Steinberg on behalf of Goldstar Mortgage. (Steinberg, Rick) (Entered: 01/25/2008) |
| 02/04/2008 | ☐ 25 | Certificate of Service (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) (Entered: 02/04/2008) |
| 02/05/2008 | ☐ 26 | Certification in Opposition to (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 Memorandum of Law in Opposition# 2 Certificate of Service# 3 Exhibit A# 4 Exhibit B) (Klein, Shmuel) (Entered: 02/05/2008) |
| 02/06/2008 | ☐ 27 | Application re: For Allowance of Fees and Reimbursement of Costs Filed by Henry Peters, Pamela Peters. Hearing scheduled for 3/11/2008 at 10:00 AM at RG - Courtroom 3E, Newark. Objection deadline is 2/13/2008. (Attachments: # 1 Cover Sheet# 2 Application for Allowance of Fees and Reimbursement of Costs# 3 Exhibit A; Affirmation# 4 Exhibit B; Billing Memorandum# 5 Certificate of Service) (Klein, Shmuel)ENTERED IN ERROR. Modified Text on 2/7/2008 (lc, ). (Entered: 02/06/2008) |
| 02/07/2008 | ☐ | Correction Notice in Electronic Filing (related document: 27 Application (Generic), Application (Generic) filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters). Type of Error: ENTERED IN ERROR, filed by S. Klein. PLEASE REFILE IN RELATED BANKRUPTCY CASE, USE THE EVENT CODE "APPLICATION FOR COMPENSATION." (lc, ) (Entered: 02/07/2008) |
| 02/07/2008 | ☐ | Hearing Withdrawn (related document: 27 Application re: For Allowance of Fees and Reimbursement of Costs filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) (lc, ) (Entered: 02/07/2008) |
| 02/07/2008 | ☐ | ENTERED IN ERROR, Objection Deadline Terminated. (lc, ) (Entered: 02/07/2008) |
| 02/11/2008 | ☐ | Hearing Rescheduled from 2/11/2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co.) Hearing scheduled for 3/26/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (car, ) (Entered: 02/13/2008) |
| 02/19/2008 | ☐ 28 | Request to Enter Default Judgment Against Roland David, National Commercial & Business Credit, R. David & Associates, PA, LLC, Financial Services Group, LLC, Credit Management & Recovery Services, Inc. filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 Statement of Damages# 2 Clerk's Certificate# 3 Proposed Default Judgment# 4 Certificate of Service# 5 Exhibit A# 6 Exhibit B# 7 Part 1 of Exhibit C# 8 Part 2 of Exhibit C# 9 Exhibit D) (Klein, Shmuel) (Entered: 02/19/2008) |
| 02/19/2008 | ☐ 29 | Request to Enter Default Judgment Against Alexander Dy filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 Statement of Damages# 2 Clerk's Certificate# 3 Proposed Default Judgment# 4 Certificate of Service# 5 Exhibit A# 6 Exhibit B# 7 Exhibit C# 8 Exhibit D) (Klein, Shmuel) (Entered: 02/19/2008) |
| 02/22/2008 | ☐ 30 | Brief in Opposition to (related document: 29 Request to Enter Default Judgment, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Richard L. Ravin on behalf of Alexander Dy. (Attachments: # 1 Certification of Richard L. Ravin in Opposition to Request for Entry of Default and Default Judgment Against Defendant Alexander Dy# 2 Certificate of Service) (Ravin, Richard) (Entered: 02/22/2008) |

| | | |
|---|---|---|
| 02/27/2008 | ☐ | Hearing Rescheduled from March 12, 2008. (related document: 18 5 1 3 13 2 Pre-Trial hearing to be held on 4/1/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 02/27/2008) |
| 02/27/2008 | ☐ | Hearing Rescheduled from March 12, 2008. (related document: 1 6 Pre-Trial hearing to be held on 4/1/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 02/27/2008) |
| 03/11/2008 | ☐ | Hearing Rescheduled from April 1, 2008. (related document: 18 5 1 3 Pre-Trial hearing to be held on 4/22/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 03/11/2008) |
| 03/12/2008 | ☐ | Hearing Rescheduled from April 22, 2008. (related document: 18 5 Amended Complaint, 1 Complaint, 3 Pre-Trial hearing to be held on 4/9/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 03/12/2008) |
| 03/12/2008 | ☐ | Hearing Rescheduled from March 26, 2008. (related document: 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co., 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage)Hearing scheduled for 4/9/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 03/12/2008) |
| 03/17/2008 | ☐ 31 | Request addressed to Alexander Dy and FGC Commercial Mortgage Finance filed by Michael J. Revness on behalf of Journeyman Title. (iav, ) (Entered: 03/17/2008) |
| 03/17/2008 | ☐ 32 | Certification of Non Compliance (related document: 31 Document filed by Cross-Claimant Journeyman Title, Defendant Journeyman Title) filed by Michael J. Revness on behalf of Michael J. Revness. (iav, ) (Entered: 03/17/2008) |
| 03/24/2008 | ☐ | Hearing Scheduled. (related document: 30 RE: Opposition, filed by Defendant Alexander Dy) Hearing scheduled for 4/9/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 03/24/2008) |
| 03/24/2008 | ☐ 33 | Response to (related document: 26 Opposition, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Karen B. Olson on behalf of FGC Commercial Mortgage Finance dba Fremont Mortgage. (iav, ) Additional attachment(s) added on 3/24/2008 (iav, ). (Entered: 03/24/2008) |
| 03/27/2008 | ☐ 34 | Answer to Complaint filed by Carol Zagoric, Joanne Raggi. (iav, ) (Entered: 04/03/2008) |
| 04/04/2008 | ☐ 35 | BriefCertificationOther in Opposition to Request to Enter Default Judgment (related document: 28 Request to Enter Default Judgment,, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) filed by Tomas Espinosa on behalf of Credit Management & Recovery Services, Roland David, National Commercial Mortgage, Inc., R. David & Associates. (Attachments: # 1 Attorney Certification# 2 Roland David's Certification# 3 Brief # 4 Certificate of Service) (Espinosa, Tomas) (Entered: 04/04/2008) |
| 04/04/2008 | ☐ 36 | Motion to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time Filed by Credit Management & Recovery Services, Roland David, National Commercial Mortgage, Inc., R. David & Associates.Hearing scheduled for 4/21/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Certificate of Service # 2 Attorney Certification# 3 Roland David's Certification# 4 Answer to Complaint# 5 Brief # 6 Proposed Order) (Espinosa, Tomas) Modified TEXT on 4/7/2008 (iav, ). (Entered: 04/04/2008) |
| | | |

| | | |
|---|---|---|
| 04/04/2008 | ☐ | Hearing Scheduled. (related document: 35 Opposition, , filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 28 Request to Enter Default Judgment, , filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters)Hearing scheduled for 4/21/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (mg, ) (Entered: 04/04/2008) |
| 04/08/2008 | ☐ 39 | Response to (related document: 29 Request to Enter Default Judgment, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, 30 Opposition, filed by Defendant Alexander Dy) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 Memorandum of Law# 2 Certificate of Service# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D) (Klein, Shmuel) (Entered: 04/08/2008) |
| 04/09/2008 | ☐ | Minute of Hearing Held, OUTCOME: Request to Enter Default Judgment, Denied; Joint Scheduling Order to be submitted; Answer to be filed by 5/12/08; Request for fees and cost denied (related document: 30 Brief in Opposition, filed by defendant Alexander Dy 29 Request to Enter Default Judgment, filed by Cross Defendants Henry and Pamela Peters) (car, ) (Entered: 04/10/2008) |
| 04/09/2008 | ☐ | Minute of Hearing Held and Continued. OUTCOME: Supplemental brief by 4/25/08; Responsive Brief by 5/9/08; Reply by 5/21/08 (related document: 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co.) Hearing scheduled for 5/28/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (car, ) (Entered: 04/10/2008) |
| 04/10/2008 | ☐ | Hearing Rescheduled from April 21, 2008. (related document: 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Services, Hearing scheduled for 5/14/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 04/10/2008) |
| 04/15/2008 | ☐ 40 | Notice of Adjournment of hearing scheduled for 4/21/2008 (related document: 36 Motion (Generic) filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) Modified TEXT on 4/16/2008 (iav, ). (Entered: 04/15/2008) |
| 04/18/2008 | ☐ | Hearing Rescheduled from April 22, 2008. (related document: 5 1 18 3 Pre-Trial hearing to be held on 5/14/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 04/18/2008) |
| 04/21/2008 | ☐ | Hearing Rescheduled from 4/21/2008. (related document: 28 Request to Enter Default Judgment, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, 35 Opposition, filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services) Hearing scheduled for 5/14/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (car, ) (Entered: 04/21/2008) |
| 04/25/2008 | ☐ 41 | Supplemental Memorandum of Law in support of (related document: 20 Motion to Dismiss Adversary Proceeding, filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage) filed by Karen B. Olson on behalf of FGC Commercial Mortgage Finance dba Fremont Mortgage. (lc, ) (Entered: 04/29/2008) |
| 04/25/2008 | ☐ 42 | Certificate of Service (related document: 41 Support, filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage) filed by Michael J. Revness on behalf of Journeyman Title. (lc, ) (Entered: 05/05/2008) |
| | | |

| | | |
|---|---|---|
| 05/07/2008 | ☐ 43 | Document re: Letter to Judge Gambardella filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) (Entered: 05/07/2008) |
| 05/09/2008 | ☐ 44 | Order Denying Request For Entry of Default And Default Judgment Against Alexander Dy (related document: 29 Request to Enter Default Judgment, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 5/9/2008 (mg, ) (Entered: 05/12/2008) |
| 05/09/2008 | ☐ 45 | COPY (Order on Motion and Requests For Relief) (original order docketed in main case no. 07-23531(RG) . The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 5/9/2008 (mg, ) (Entered: 05/12/2008) |
| 05/12/2008 | ☐ | Hearing Rescheduled from May 14, 2008. (related document: 5 1 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 3 28 Request to Enter Default Judgment, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, Hearing scheduled for 6/12/2008 at 10:00 AM at RG - Courtroom 3E, Newark. Pre-Trial hearing to be held on 6/12/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 05/12/2008) |
| 05/12/2008 | ☐ 46 | Motion To Dismiss Filed by Alexander Dy.Hearing scheduled for 6/4/2008 at 09:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Certificate of Service) (Ravin, Richard) Modified TEXT on 5/13/2008 (iav, ). (Entered: 05/12/2008) |
| 05/13/2008 | ☐ 47 | Amended Motion. (related document: 46 Motion To Dismiss filed by Defendant Alexander Dy) Filed by Alexander Dy.Hearing scheduled for 5/4/2009 at 09:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ravin, Richard) INCORRECT HEARING, COURT WILL RE-SCHEDULE - Modified on 5/14/2008 (iav, ). (Entered: 05/13/2008) |
| 05/13/2008 | ☐ | Hearing Rescheduled from June 4, 2008. (related document: 47 Amended Motion. (related document: 46 Motion re: To Dismiss filed by Defendant Alexander Dy) filed by Defendant Alexander Dy, Hearing scheduled for 6/25/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 05/13/2008) |
| 05/14/2008 | ☐ 48 | BNC Certificate of Service - Order No. of Notices: 16. Service Date 05/14/2008. (Admin.) (Entered: 05/15/2008) |
| 05/14/2008 | ☐ 49 | BNC Certificate of Service - Order No. of Notices: 16. Service Date 05/14/2008. (Admin.) (Entered: 05/15/2008) |
| 05/19/2008 | ☐ 50 | Response to (related document: 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services) filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 Memorandum of Law# 2 Certificate of Service# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E) (Klein, Shmuel) (Entered: 05/19/2008) |
| 05/19/2008 | ☐ 51 | Notice of Appearance and Request for Service of Notice filed by Michael J. Revness on behalf of Journeyman Title. (lc, ) (Entered: 05/21/2008) |
| | | Letter to Judge requesting adjornment regarding (related document: 41 Support, filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 46 Motion |

| | | |
|---|---|---|
| 05/19/2008 | ☐ 52 | (Generic) filed by Defendant Alexander Dy) filed by Shmuel Klein on behalf of Henry Peters. (iav, ) (Entered: 05/21/2008) |
| 05/23/2008 | ☐ | Hearing Rescheduled from May 28, 2008. (related document: 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co.)Hearing scheduled for 6/25/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 05/23/2008) |
| 05/27/2008 | ☐ | Hearing Rescheduled from May 28, 2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage)Hearing scheduled for 6/25/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 05/27/2008) |
| 06/09/2008 | ☐ 53 | Letter confirming adjournment of (related document: 20 Motion to Dismiss Adversary Proceeding, filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 36 Motion (Generic), filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 46 Motion (Generic) filed by Defendant Alexander Dy, 31 Document filed by Cross-Claimant Journeyman Title, Defendant Journeyman Title, 13 Alias Summons Issued) filed by Shmuel Klein on behalf of Pamela Peters. (iav, ) (Entered: 06/10/2008) |
| 06/11/2008 | ☐ | Hearing Rescheduled from July 23, 2008. (related document: 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, 1 Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 3 Answer to Complaint, Crossclaim filed by Cross-Claimant Journeyman Title, Defendant Journeyman Title)Hearing scheduled for 7/23/2008 at 11:00 AM at RG - Courtroom 3E, Newark. Pre-Trial hearing to be held on 7/23/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 06/11/2008) |
| 06/11/2008 | ☐ | Hearing Rescheduled from June 25, 2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 47 Amended Motion. (related document: 46 Motion re: To Dismiss filed by Defendant Alexander Dy) filed by Defendant Alexander Dy, 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co., 46 Motion re: To Dismiss filed by Defendant Alexander Dy)Hearing scheduled for 7/23/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 06/11/2008) |
| 06/26/2008 | ☐ 54 | Scheduling Order re: Hearing will be held on 7/8/2008 at 11:30 a.m. on the retention application; the confirmation hearing will be held on 7/16/2008; all other pending hearing and motion in the adversary proceeding other than those specified herein shall be adjourned to 7/23/2008 . The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 6/26/2008 (mg, ) (Entered: 06/27/2008) |
| 06/27/2008 | ☐ | Hearing Scheduled. (related document: 54 Order (Generic), Order (Generic))Hearing scheduled for 7/8/2008 at 11:30 AM at RG - Courtroom 3E, Newark. (mg, ) (Entered: 06/27/2008) |
| 06/29/2008 | ☐ 55 | BNC Certificate of Service - Order No. of Notices: 16. Service Date 06/29/2008. (Admin.) (Entered: 06/30/2008) |
| 07/07/2008 | ☐ | Hearing Rescheduled from July 8, 2008. (related document: 54 Order Scheduling (Generic), Hearing scheduled for 7/16/2008 at 11:30 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 07/07/2008) |

| | | |
|---|---|---|
| 07/09/2008 | ☐ | Hearing Rescheduled from July 23, 2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 47 Amended Motion. (related document: 46 Motion re: To Dismiss filed by Defendant Alexander Dy) filed by Defendant Alexander Dy, 5 Amended Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, 1 Complaint, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters, 3 Answer to Complaint, Crossclaim filed by Cross-Claimant Journeyman Title, Defendant Journeyman Title, 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co.)Hearing scheduled for 8/14/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 07/09/2008) |
| 08/12/2008 | ☐ | Hearing Rescheduled from August 14, 2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 47 Amended Motion. (related document: 46 Motion re: To Dismiss filed by Defendant Alexander Dy) filed by Defendant Alexander Dy, 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co., 46 Motion re: To Dismiss filed by Defendant Alexander Dy)Hearing scheduled for 9/10/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm, ) (Entered: 08/12/2008) |
| 09/03/2008 | ☐ 56 | Order For Admission Pro Hac Vice re: To Allow Attorney Yovendra Mangal to Appear Pro Hac Vice ( The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney (Original order entered in main case number 07-23531). Signed on 9/3/2008 (mg, ) (Entered: 09/04/2008) |
| 09/04/2008 | ☐ | Attorney Yovendra Mangal for Alexander Dy added to case (per pro hac vice order dated 9/3/2008) (mg, ) (Entered: 09/04/2008) |
| 09/06/2008 | ☐ 57 | BNC Certificate of Service - Order No. of Notices: 16. Service Date 09/06/2008. (Admin.) (Entered: 09/07/2008) |
| 09/09/2008 | ☐ | Hearing Rescheduled from September 10, 2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 47 Amended Motion. (related document: 46 Motion re: To Dismiss filed by Defendant Alexander Dy) filed by Defendant Alexander Dy, 22 Motion to Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co., 46 Motion re: To Dismiss filed by Defendant Alexander Dy)Hearing scheduled for 10/15/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm,) (Entered: 09/09/2008) |
| 09/09/2008 | ☐ 58 | Exhibit filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Klein, Shmuel) (Entered: 09/09/2008) |
| | | Hearing Rescheduled from Septrember 17, 2008. (related document: 20 Motion to Dismiss Adversary Proceeding filed by Defendant FGC Commercial Mortgage Finance dba Fremont Mortgage, 36 Motion re: to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time filed by Defendant Roland David, Defendant National Commercial Mortgage, Inc., Defendant R. David & Associates, Defendant Credit Management & Recovery Services, 47 Amended Motion. (related document: 46 Motion re: To Dismiss filed by Defendant Alexander Dy) filed by Defendant Alexander Dy, 22 Motion to |

| | | |
|---|---|---|
| 09/18/2008 | ☐ | Dismiss Adversary Proceeding filed by Defendant Chicago Title Insurance Co. Hearing scheduled for 10/30/2008 at 02:00 PM at RG - Courtroom 3E, Newark. (slm,) (Entered: 09/18/2008) |
| 09/19/2008 | ☐ 59 | Order re: The Retention Application is Granted Nunc Pro Tunc from the Commencement of the Adversary Proceeding in Favor of Law Office of Shmuel Klein, PC and the Law Office of Shmuel Klein, PC is hereby appointed as Plaintiff's Counsel in the adversary proceeding. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 9/19/2008 (mg, ) (Entered: 09/23/2008) |
| 09/25/2008 | ☐ 60 | BNC Certificate of Service - Order No. of Notices: 17. Service Date 09/25/2008. (Admin.) (Entered: 09/26/2008) |
| 10/07/2008 | ☐ 61 | Application re: for Allowance of Fees and Reimbursement of Costs Filed by Henry Peters, Pamela Peters.Hearing scheduled for 10/30/2008 at 02:00 PM at RG - Courtroom 3E, Newark.Objection deadline is 10/14/2008. (Attachments: # 1 Fee Application Cover Sheet# 2 Fee Application# 3 Exhibit A# 4 Billing Memorandum - Exhibit B# 5 Certificate of Service) (Klein, Shmuel) ENTERED IN ERROR - Modified on 10/8/2008 (iav). (Entered: 10/07/2008) |
| 10/08/2008 | ☐ | Correction Notice in Electronic Filing (related document: 61 Application (Generic) filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters). Type of Error: INCORRECT EVENT USED, PLEASE RE-FILE IN BK CASE #07-23531, BY USING THE (COMPENSATION) EVENT, filed by S. Klein. Please correct and refile with the court. (iav) (Entered: 10/08/2008) |
| 10/08/2008 | ☐ | Hearing Withdrawn (related document: 61 Application for Allowance of Fees and Reimbursement of Costs Filed by Henry Peters, Pamela Peters.Hearing scheduled for 10/30/2008 at 02:00 PM at RG - Courtroom 3E, Newark.Objection deadline is 10/14/2008. . filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) (iav) (Entered: 10/08/2008) |
| 10/22/2008 | ☐ | Hearing Rescheduled from October 30, 2008. (related document: 20 Motion to Dismiss Amended Adversary Complaint Filed by FGC Commercial Mortgage Finance dba Fremont Mortgage. 22 Motion to Dismiss Adversary Proceeding Filed by Chicago Title Insurance Co. filed by Defendant Chicago Title Insurance Co., 36 Motion to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time Filed by Credit Management & Recovery Services, Roland David, National Commercial Mortgage, Inc., R. David & Associates. 46 Motion To Dismiss Filed by Alexander Dy. 47 Amended Motion. filed by Defendant Alexander Dy)Hearing scheduled for 11/20/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm) (Entered: 10/22/2008) |
| 10/22/2008 | ☐ | Hearing Rescheduled from November 20, 2008. (related document: 20 Motion to Dismiss Amended Adversary Complaint Filed by FGC Commercial Mortgage Finance dba Fremont Mortgage. 22 Motion to Dismiss Adversary Proceeding Filed by Chicago Title Insurance Co. 36 Motion to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time Filed by Credit Management & Recovery Services, Roland David, National Commercial Mortgage, Inc., R. David & Associates 46 Motion To Dismiss Filed by Alexander Dy. 47 Amended Motion. filed by Defendant Alexander Dy)Hearing scheduled for 12/4/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm) (Entered: 10/22/2008) |
| 10/30/2008 | ☐ 62 | Motion re: Rule 9019 Motion to Approve Confidential Settlment with Chicago Title Filed by Henry Peters, Pamela Peters.Hearing scheduled for 12/4/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Rule 9019 Motion# 2 Certificate of Service) (Klein, Shmuel) (Entered: 10/30/2008) |
| | | |

| | | |
|---|---|---|
| 11/07/2008 | ☐ 63 | Motion to Compel Plaintiffs to Provide More Specific Answers to Interrogatories Filed by Goldstar Mortgage. Hearing scheduled for 12/1/2008 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit "A" - "E"# 3 Proposed Order # 4 Certificate of Service) (Steinberg, Rick) (Entered: 11/07/2008) |
| 11/10/2008 | ☐ 64 | Substitution of Attorney, terminating Richard L. Ravin and Filed by Yovendra Mangal, Tamara Ann L. Del Carmen on behalf of Alexander Dy. (Attachments: # 1 Certificate of Service) (Del Carmen, Tamara Ann) (Entered: 11/10/2008) |
| 11/17/2008 | ☐ 65 | Order To Have The Court Retain Possession Of Document(s) File Under Seal. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 11/17/2008 (mg) (Entered: 11/17/2008) |
| 11/17/2008 | ☐ 66 | This Document is Filed Under Seal re: Confidential Settlement Agreement Between The Debtors and Defendant, Chicago Title. (mg) (Entered: 11/17/2008) |
| 11/19/2008 | ☐ 67 | BNC Certificate of Service - Order No. of Notices: 17. Service Date 11/19/2008. (Admin.) (Entered: 11/20/2008) |
| 12/01/2008 | ☐ | Hearing Rescheduled from December 4, 2008. (related document: 20 Motion to Dismiss Amended Adversary Complaint Filed by FGC Commercial Mortgage Finance dba Fremont Mortgage. Cou . 22 Motion to Dismiss Adversary Proceeding Filed by Chicago Title Insurance Co 36 Motion to Vacate Default and Allow Defendants Roland David, R. David & Associates, PA, LLC, National Commercial Business Credit to answer out of time Filed by Credit Management & Recovery Services, Roland David, National Commercial Mortgage, Inc., R. David & Associates. 46 Motion To Dismiss Filed by Alexander Dy. 47 Amended Motion. 62 Motion re: Rule 9019 Motion to Approve Confidential Settlement with Chicago Title Filed by Henry Peters, Pamela Peters. Hearing scheduled for 1/15/2009 at 11:00 AM at RG - Courtroom 3E, Newark. (slm) (Entered: 12/01/2008) |
| 12/01/2008 | ☐ | Hearing Rescheduled from 12/1/2008. (related document: 63 Motion to Compel Plaintiffs to Provide More Specific Answers to Interrogatories Filed by Goldstar Mortgage.) Hearing scheduled for 12/17/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (car) (Entered: 12/01/2008) |
| 12/02/2008 | ☐ | Hearing Rescheduled from January 15, 2009. (related document: 62 Motion re: Rule 9019 Motion to Approve Confidential Settlment with Chicago Title Filed by Henry Peters, Pamela Peters. Hearing scheduled for 12/17/2008 at 11:00 AM at RG - Courtroom 3E, Newark. (slm) (Entered: 12/02/2008) |
| 12/09/2008 | ☐ 68 | Certificate of Service regarding Notice of Removal filed with District Court, filed by Shmuel Klein on behalf of Henry Peters, Pamela Peters. (Attachments: # 1 NOTICE OF REMOVAL (Klein, Shmuel) Modified on 12/10/2008 (iav). Modified on 1/9/2009 (sg). (Entered: 12/09/2008) |
| 12/16/2008 | ☐ | Minute of Hearing Held, OUTCOME: Order Entered Dismissing Administrative Case (related document: 62 Motion re: Rule 9019 Motion to Approve Confidential Settlment with Chicago Title Filed by Henry Peters, Pamela Peters. 63 Motion to Compel Plaintiffs to Provide More Specific Answers to Interrogatories Filed by Goldstar Mortgage.) (car) (Entered: 12/19/2008) |
| 12/17/2008 | ☐ 69 | Order Dismissing Adversary Proceeding. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 12/17/2008 ENTERED IN ERROR, SEE MAIN BK CASE - Modified on 1/8/2009 (iav). (Entered: 01/08/2009) |
| 01/08/2009 | ☐ | Adversary Case (2:07-ap-2219) Closed. (iav) (Entered: 01/08/2009) |

| | | |
|---|---|---|
| 01/08/2009 | ☐ | Correction Notice in Electronic Filing (related document: 69 Order Dismissing Adversary Proceeding). Type of Error: ENTERED IN ERROR, filed by Court. (iav) (Entered: 01/08/2009) |
| 01/08/2009 | ☐ | Adversary Case Reopened (iav) (Entered: 01/08/2009) |
| 01/10/2009 | ☐ 70 | BNC Certificate of Service - Order No. of Notices: 17. Service Date 01/10/2009. (Admin.) (Entered: 01/11/2009) |
| 01/10/2009 | ☐ 71 | BNC Certificate of Service - Order No. of Notices: 17. Service Date 01/10/2009. (Admin.) (Entered: 01/11/2009) |
| 01/15/2009 | ☐ | Adversary Case (2:07-ap-2219) Closed. (iav) (Entered: 01/15/2009) |
| 07/22/2009 | ☐ | Adversary Case Administratively Reopened (iav) (Entered: 07/22/2009) |
| 07/22/2009 | ☐ 72 | Transmittal Memo to District Court Re: Notice of Removal.(related document: 68 Certificate of Service and Notice of Removal, filed by Cross Defendant Henry Peters, Plaintiff Henry Peters, Cross Defendant Pamela Peters, Plaintiff Pamela Peters) (iav) (Entered: 07/22/2009) |